IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | |
| | § | |
| JIMMY SCARBROUGH | § | NO. 5:21-MJ-36 |
| | § | |
| JEFFREY HARRISON | § | NO. 5:21-CR-15 |
| | § | |
| JUSTIN BISHOP | § | NO. 5:21-CR-16 |
| | § | |
| DEVIN MCEWIN | § | NO. 5:21-CR-17 |

**NOTICE OF RELATED CASES**

The United States of America hereby gives notice that the following cases are related:

- 5:21-MJ-36
- 5:21-CR-15
- 5:21-CR-16
- 5:21-CR-17

    Respectfully submitted,

    NICHOLAS J. GANJEI
    Acting United States Attorney

    */s/ Jonathan R. Hornok*
    JONATHAN R. HORNOK
    Assistant United States Attorney
    Utah State Bar Number 15166
    500 State Line Ave N., Suite 402
    Texarkana, Texas 75501
    (903) 792-8453
    Jonathan.Hornok@usdoj.gov

## CERTIFICATE OF SERVICE

      I certify that this has been served on counsel for defendant via the court's CM/ECF system.

*/s/ Jonathan R. Hornok*
JONATHAN R. HORNOK
